UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cv-00290-MOC-SCR

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **ORDER GRANTING** |
| ) | **VOLUNTARY DISMISSAL** |
| ) | |
| **APPROXIMATELY $22,908.66 IN UNITED** ) | |
| **STATES CURRENCY**, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Government's Motion to Dismiss the Complaint for Forfeiture in Rem pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. No. 22). For the reasons stated in the Government's motion, the Court will allow voluntary dismissal.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: May 14, 2024

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge